IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:16-CR-00083-RJC-DCK

| | | |
|---|---|---|
| USA | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| DEAN PAUL STITZ | ) | |
| | ) | |

**THIS MATTER** comes before the Court upon the defendant's motion for a copy of the Statement of Reasons, (Doc. No. 25), which was filed by the Court under seal. (Doc. No. 55).

The defendant believes the document is a letter written to his former lawyer after the defendant filed a pro se notice of appeal. (Doc. No. 55: Motion at 1). He does not know why the letter was filed and seeks disclosure to evaluate the importance of the document for post-conviction relief efforts. (Doc. No. 55: Motion at 1-2). The defendant is mistaken. A judge states in open court the reasons for a particular sentence and then provides a Statement of Reasons form to the United States Probation Office, the United States Sentencing Commission, and the Bureau of Prisons, along with the Judgment. 18 U.S.C. § 3553(c). Here, the defendant has not indicated any issue which would be impacted by disclosure of the sealed form.

**IT IS, THEREFORE, ORDERED** that defendant's Motion to Obtain Sealed Document, (Doc. No. 55), is **DENIED**.

Signed: December 2, 2021

Robert J. Conrad, Jr.
United States District Judge