IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:16-CR-00083-RJC-DCK

| | | |
|---|---|---|
| USA | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| DEAN PAUL STITZ | ) | |
| | ) | |

**THIS MATTER** is before the Court on the defendant's pro se 18 U.S.C. § 3582(e)(2) Motion to Modify Conditions of Supervised Release. (Doc. No. 71).

Local Criminal Rule 47.1(D) provides that the government is not required to respond to pro se motions unless ordered by the Court.

**IT IS, THEREFORE, ORDERED** that the government shall file a response to the motion within thirty (30) days of the entry of this Order.

Signed: September 15, 2023

Robert J. Conrad, Jr.
United States District Judge